UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                          Chapter 13

KENYETTA L JOHNSON

                                                               Bankruptcy No. 26-10528-PMM

                    Debtor

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in
the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 02/11/2026.

3.      This Motion to Dismiss has been filed for the following reason(s):

   •   Noncompliance with the requirement to submit mandatory documents prior to the 341
       hearing date.

       WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 07/06/2026                              Respectfully submitted,

                                              */s/ Kenneth E. West, Esq.*
                                              Kenneth E. West, Esq.
                                              Standing Chapter 13 Trusteee
                                              190 N. Independence Mall West
                                              Suite 701
                                              Philadelphia, PA  19106
                                              Telephone: (215) 627-1377